# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL HILL, | No. 4:19-CV-00441 |
| Plaintiff. | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| TROOPER T.R. HAVENS and TROOPER DAMMER, | |
| Defendant. | |

## ORDER

### APRIL 4, 2019

On March 13, 2019, Magistrate Judge Martin C. Carlson recommended dismissing Nathaniel Hill's complaint. No timely objections were filed to that Report and Recommendation, which this Court has reviewed. Finding no clear error on the face of the record, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 4, is **ADOPTED**;

2. Mr. Hill's Complaint, ECF No. 1, is **DISMISSED**; and

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge