# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHANIEL HILL, | No. 4:19-CV-00441 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| TROOPER T.R. HAVENS and TROOPER DAMMER, | |
| Defendants. | |

## ORDER

### JUNE 26, 2019

On April 4, 2019, this Court adopted a Report and Recommendation by Magistrate Judge Martin C. Carlson; dismissed Nathaniel Hill's Complaint; and closed this case.[1] On May 6, 2019, in response to correspondence from Mr. Hill, this Court vacated its April 4, 2019 Order and gave Mr. Hill until May 31, 2019 to object to the Report and Recommendation.[2]

Mr. Hill has failed to file any objections. Therefore, for the reasons stated in the April 4, 2019 Order, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 4, is **ADOPTED IN ITS ENTIRETY**.

---

[1] ECF No. 6.
[2] ECF Nos. 7, 8.

2. Mr. Hill's Complaint, ECF No. 1, is **DISMISSED**.

3. The clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge